UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Sergio Flores Monrroy vs. Todd Blanche et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2833 for the following party(s): (please specify)

Sergio Flores Monrroy

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Daniel P. Suitor s/: Daniel P. Suitor

Firm Name: Daniel P. Suitor, PLLC

Business Address: 331 Second Avenue S, Suite 400-3099

City/State/Zip: Minneapolis, MN 55401

Telephone Number (Area Code): (612) 234-2149

Email Address: dan@danielsuitor.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/25/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: