NITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 26-2833

SERGIO FLORES MONRROY,

Petitioner-Appellee,

v.

TODD BLANCHE et al.,

Respondents-Appellants.

**STIPULATION TO DISMISS APPEAL**

The parties hereby agree to dismiss this appeal under Federal Rule of Appellate Procedure 42(b)(1) on the terms provided in this stipulation.

1. The district court issued an order granting Petitioner-Appellee's petition for a writ of habeas corpus on July 8, 2026, R. Doc. 11, and entered judgment on July 9, 2026, R. Doc. 12. Respondents-Appellants timely filed a protective notice of appeal on September 4, 2026. R. Doc. 14.

2. The Solicitor General has decided against pursuing this appeal, and the parties therefore agree that the appeal should be dismissed.

3. The parties will bear their own costs and pay any associated court fees.

The parties therefore stipulate to and move for an order dismissing this appeal.

DATED: October 7, 2026

DANIEL N. ROSEN
United States Attorney

/s/ David W. Fuller

BY: DAVID W. FULLER
Assistant United States Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
David.fuller@usdoj.gov

DATED: October 7, 2026

/s/ Daniel P. Suitor
DANIEL P. SUITOR (#0403979)
Attorney at Law
331 Second Avenue S
Ste. 400-3099
Minneapolis, MN 55401
(612) 234-2149
dan@danielsuitor.com

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this stipulation complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The stipulation has 117 words proportionally spaced. The motion was prepared using Microsoft Word 365.

Dated: October 7, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Trevor Brown*

BY: TREVOR C. BROWN
Assistant U.S. Attorney



Appellate Case: 26-2833 Page: 3 Date Filed: 10/07/2026 Entry ID: 5692027

## CERTIFICATES OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 7, 2026

*/s/ Trevor Brown*
BY: TREVOR C. BROWN
Assistant U.S. Attorney



Appellate Case: 26-2833 Page: 4 Date Filed: 10/07/2026 Entry ID: 5692027