**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2833

Sergio Flores Monrroy

Appellee

v.

Todd Blanche, Attorney General of the United States, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-02749-ECT)

---

**MANDATE**

In accordance with the judgment of October 7, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 7, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit